IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEIDRE M. MAZEROV, EXECUTRIX                                    PLAINTIFFS
OF THE ESTATE OF PAUL D. MOREL,
DECEASED AND KIMBERLY NICOLE
MOREL AND PAUL LOGAN MOREL, MINORS

V.                                                              CAUSE NO. 3:08cv583-HTW-LRA

GREAT-WEST LIFE AND ANNUITY                                     DEFENDANTS
INSURANCE COMPANY AND LISA
ANN VARNA DO

## ORDER OF DISMISSAL (EXCEPTING CLAIMS AGAINST GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY)

This matter is before the Court on the Motion of Deirdre M. Mazerov, Executrix of the Estate of Paul D. Morel, Deceased, Kimberly R. Morel, legal guardian of Kimberly Nicole Morel and Paul Logan Morel, minors, and Lisa Ann VARNA DO, one of the Defendants, who have asked for a dismissal with prejudice of all claims by and between them, and for final judgment of dismissal with prejudice, excepting the claims against Great-West Life and Annuity Insurance Company, which are not to be settled and will remain pending.

The Court has reviewed the Motion, and finds that the judgment of dismissal with prejudice should be entered. The Clerk of this Court should be authorized and directed to emit from funds deposited in the registry of the Court, in keeping with the agreement of the parties.

IT IS THEREFORE ORDERED, that the Clerk of this Court should be and is hereby authorized and directed to remit from funds held in the registry of the Court the sum of Fifty

Thousand Dollars ($50,000.00) to Edwin L. Bean, Attorney for Lisa Ann VARNA DO, Post Office Box 1322, McComb, Mississippi 39649; Eighty Thousand Dollars ($80,000.00) to Wayne Dowdy, Attorney for the Estate of Paul D. Morel, Deceased, and the remaining amount of One Hundred Twenty Thousand Dollars ($120,000.00) plus all accrued interest to Ronnie Taylor, Chancery Clerk of Amite County, Mississippi, whose address is Post Office Box 600, Liberty, Mississippi 39645. Thereafter, the case should be and is hereby dismissed with prejudice as to all claims against Lisa A. VARNA DO. However, the Court notes that the case will remain on the Court's docket as to all issues regarding the Defendant, Great-West Life and Annuity Insurance Company and its liability, if any, for accidental death benefits claimed under the policy insuring the life of Paul D. Morel, Deceased.

ORDERED, this the 19th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
WAYNE DOWDY, ATTORNEY FOR
DEIRDRE M. MAZEROV, EXECUTRIX
OF THE ESTATE OF PAUL D. MOREL,
DECEASED

_____
JOHN OTT, ATTORNEY FOR
KIMBERLY MOREL, LEGAL GUARDIAN
OF KIMBERLY NICOLE MOREL AND
PAUL LOGAN MOREL, MINORS

_____
EDWIN L. BEAN, ATTORNEY FOR
LISA ANN VARNADO