IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DEIDRE M. MAZEROV, Executrix of the**
**Estate of Paul D. Morel, D.M.D., Deceased**
**and KIMBERLY R. MOREL, Legal Guardian**
**of Kimberly Nicole Morel and Paul Logan Morel, Minors**       **PLAINTIFFS**

**V.**       **CIVIL ACTION NO.: 3:08-CV-583 HTW-LRA**

**GREAT-WEST LIFE AND ANNUITY**
**INSURANCE COMPANY and LISA ANN VARNADO**       **DEFENDANTS**

## ORDER

On the 22nd day of March 2010, pursuant to agreement of the parties, this court dismissed defendant Lisa Ann Varnado from this lawsuit with prejudice. Therefore, the pending motions: a motion for summary judgment [docket no. 51], two motions to strike the response in opposition to the motion for summary judgment [docket no. 55, 59], a motion for sanctions [docket no. 61], and a motion to dismiss all claims against the defendant Lisa Ann Varnado [docket no. 100] are all dismissed. What remains is the dispute between defendant Great-West Life and Annuity Insurance Company and plaintiff Deidre M. Mazerov.

**SO ORDERED** this the 25th day of March, 2010.

      **s/ HENRY T. WINGATE**

      _____
      **CHIEF JUDGE**
      **UNITED STATES DISTRICT COURT**